# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CATRINA RENEE JEFFERSON, | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. 16-0628-CG |
| vs. | ) |
| | ) CRIMINAL NO. 15-00267-CG-MU |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 14th day of November, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE